**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 21-42957-ELM | | Trustee Name: | John Dee Spicer |
| Case Name: | TEXAS COMM. COMPANY LLC | | Date Filed (f) or Converted (c): | 12/22/2021 (f) |
| For the Period Ending: | 12/31/2022 | | §341(a) Meeting Date: | 01/18/2022 |
| | | | Claims Bar Date: | 06/21/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  CASH AND CASH EQUIVALENTS | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** First State Bank Checking Account #0689 | | | | | |
| 2  DEPOSITS AND PREPAYMENTS | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Security Deposit with Landlord, Iron Peak Pecan, LLC | | | | | |
| 3  ACCOUNTS RECEIVABLE | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:** Gross value of $3,500 less uncollectible of $1,500 = $2,000 | | | | | |
| 4  OFFICE FURNITURE, FIXTURES, AND EQUIPMENT | $945.00 | $945.00 | | $0.00 | FA |
| **Asset Notes:** Misc. office furniture, equipment and electronics (EXH A attached to Schedule B.39). | | | | | |
| 5  MACHINERY, EQUIPMENT AND VEHICLES | $87,200.00 | $0.00 | | $156,697.00 | FA |
| **Asset Notes:** Vehicles (EXH B attached to Schedule B.47)　Schedule D reflects secured debt of $87,300.00 | | | | | |
| 6  MACHINERY, EQUIPMENT AND VEHICLES | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Warehouse equipment. | | | | | |
| 7  REAL PROPERTY | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Lease of real property located at 2800 X. Pipeline Rd., Euless, TX 76040 | | | | | |
| 8  TAX REFUNDS | $75,000.00 | $75,000.00 | | $55,291.87 | FA |
| **Asset Notes:** 2021 Tax Credit | | | | | |
| 9  TAX REFUNDS　(u) | $0.00 | $5,061.16 | | $5,061.16 | FA |
| **Asset Notes:** Tax Refund - 2018 | | | | | |
| 10  TAX REFUNDS　(u) | $0.00 | $3,365.47 | | $3,365.47 | FA |
| **Asset Notes:** Tax Refund - 2019 | | | | | |

**TOTALS (Excluding unknown value)**　　$165,145.00　　$86,371.63　　　　$220,415.50　　**Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 21-42957-ELM | Trustee Name: | John Dee Spicer |
| Case Name: | TEXAS COMM. COMPANY LLC | Date Filed (f) or Converted (c): | 12/22/2021 (f) |
| For the Period Ending: | 12/31/2022 | §341(a) Meeting Date: | 01/18/2022 |
| | | Claims Bar Date: | 06/21/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12/31/2022   EOY Annual Report: All assets have been monetized. The Trustee will file a final estate income tax return and review claims for potential objections.

11/08/2022   The Trustee has liquidated all assets. Issues remaining include determining the amount of property tax claims against Asset # 5, the filing of the estate income tax return, and the review and objection, as needed, to claims.

| Initial Projected Date Of Final Report (TFR): | 08/31/2024 | Current Projected Date Of Final Report (TFR): | /s/ JOHN DEE SPICER |
|---|---|---|---|
| | | | JOHN DEE SPICER |